## STATE v. GODFRED JOHANSON.[1]

December 3, 1926.

No. 25,634.

**Appeal of criminal case from justice court properly dismissed because recognizance was not approved by justice.**

Appeal from justice court to district court in a criminal case properly dismissed for failure of appellant to procure the approval by the justice of the appeal bond.

Criminal Law, 16 C. J. p. 375 n. 43.

Defendant appealed from an order of the district court for Hennepin county, Dickinson, J., dismissing an appeal from the justice court to the district court. Affirmed.

*John G. Priebe,* for appellant.

*Clifford L. Hilton,* Attorney General, *Floyd B. Olson,* County Attorney, and *Arthur Markve,* Assistant County Attorney, for respondent.

[1]Reported in 211 N. W. 5.

PER CURIAM.

Convicted in justice court of maintaining a nuisance in the nature of a dispensary of intoxicating liquor, defendant attempted to appeal to the district court. He neglected to have his appeal bond approved by the justice. The statute requires in connection with such an appeal "a recognizance, with sufficient surety, to be approved by the justice." G. S. 1923, subd. 1, § 9129. Such a recognizance, so approved, is jurisdictional. This is an appeal from the order of the district court dismissing the attempted appeal from the justice court. For the reason indicated, that order was right and therefore is affirmed.